AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA
V.

THOMAS STAUNTON

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 04 CR 10181-DPW

I, THOMAS STAUNTON _____, charged in a ☐ complaint ☑ petition pending in this District _with_ in violation of _Supervised release_ U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☑ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing.

SEP 16 2004
_____
Date

_____
Defendant

_____
Counsel for Defendant