AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| THOMAS STAUNTON | Case Number: 04 CR 10181-DPW (001) |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to   __THOMAS STAUNTON__
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  **x Probation Violation**

charging him or her with  (brief description of offense)

Violating the conditions of Supervised Release as follows: **1) Standard Condition #2**: failure to report to probation as instructed (5/6/04;5/11/04;5/24/04;6/8/04;6/11/04;6/28/04;7/1/04) and failure to submit monthly reports (4/04;5/04;6/04); **2) Standard Condition #7**: Unlawful use of cocaine (positive tests on 11/18/03; 12/1/03; 4/16/04;4/28/04) and failure to appear for drug testing (8 occasions); **3) Special Condition** #1: Failure to participate in/attend substance abuse treatment program as directed (4/27/04).

in violation of Title __18__ United States Code, Section(s) __3606__

| Hon. Douglas P. Woodlock | U.S. District Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Douglas P. Woodlock | 9/10/04 at U.S. District Court |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named

WARRANT EXECUTED BY USMS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | 9/16/04 SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Stamp: 2004 SEP 13 P 12:27