UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 29  P 12: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| | ) | No.: 04-10181 DPW |
| v. | ) | |
| | ) | |
| THOMAS STAUNTON | ) | |
| | ) | |
| | ) | |

## MOTION FOR A RECOMMENDATION OF EMERGENCY FURLOUGH

Now comes the Defendant in the above-entitled matter and moves this Honorable Court for a recommendation to the Bureau of Prisons that the Defendant be granted a two-day emergency furlough for October 29 and 30, 2004. As grounds therefor, the Defendant states the following:

(1)    The Defendant was sentenced to four months in custody for a probation violation on September 27, 2004.

(2)    The Defendant is in the Plymouth House of Correction in federal custody awaiting transfer to Fort Devens.

(3)    The Defendant's father died on October 27, 2004 in Connecticut. Funeral services will take place October 29 and 30, 2004 in West Hartford, Connecticut.

(4)    U.S. Probation Officer Mathew Ball has no objection to this motion.

(5)    AUSA Denise Casper has no objection to this Motion.

WHEREFORE, the Defendant respectfully requests that the Court allow his Motion For a

Recommendation of Emergency Furlough.

Respectfully submitted,
THOMAS STAUNTON
By his attorney,

DATED:

10/29/04

George C. McMahon BBO# 338240
308 Victory Road
Quincy, MA 02171
(617) 770-0600

## CERTIFICATE OF SERVICE

I, George C. McMahon, hereby certify that I have this day served a copy of the foregoing by facsimile and in hand to the following:

AUSA Denise Casper
United States Attorney's Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA  02210
Fax:  617-748-3974

USPO Mathew Ball
Probation and Parole Department
U.S. Courthouse, Suite 1200
Boston, MA  02210
Fax:  (617) 748-9185

George C. McMahon

DATED:  October 29, 2004