UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES )<br>)<br>)<br>)<br>v. )<br>)<br>THOMAS STAUNTON )<br>)<br>)<br>) | No.: 04-10181 DPW |

## ORDER AND RECOMMENDATION

The Defendant in the above-entitled matter has moved this Court for a recommendation to the Bureau of Prisons that the Defendant be granted a two-day emergency furlough for October 29 and 30, 2004. The United States Attorney's Office and the United States Probation Office did not oppose this Motion. Upon consideration of said Motion, the Court makes the following recommendation to the Bureau of Prisons:

> The Defendant be granted an emergency furlough to attend the funeral services of his father in West Hartford, Connecticut on October 29 and 30, 2004.

Douglas P. Woodlock
United States District Court Judge

DATED: October 29, 2004