UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                CRIMINAL NO.
                                                                  04-10181-DPW
THOMAS STAUNTON,
         Defendant

## ORDER RELEASING DEFENDANT

**WOODLOCK, D.J.**

On October 29, 2004, defendant filed a Motion for a Recommendation of Emergency Furlough so that defendant may attend the funeral services for his father. The motion is granted to the extent that THOMAS STAUNTON is released on personal recognizance and shall self-surrender to the United States Marshals Service, John Joseph Moakley United States Courthouse, One Courthouse Way, Boston, Massachusetts on Monday, November 1, 2004 by 12:00 noon.

_/s/ Douglas P. Woodlock_
Douglas P. Woodlock
United States District Judge

Dated:   October 29, 2004