# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                          CRIMINAL NO. 2004-10181-DPW

THOMAS STAUNTON,
    Defendant.

## *ORDER PURSUANT TO RULE 32.1(a)(1), FED. R. CRIM. P.*

COLLINGS, U.S.M.J.

    The defendant appeared before me with counsel on March 14, 2006. He stated that he wished to waive his right to a preliminary hearing pursuant to Rule 32.1(a)(1), Fed.R.Crim.P.

    After being fully advised, the defendant signed a written waiver of his right to a preliminary hearing on the record in open Court.

    Accordingly, pursuant to Rule 32.1(a)(1), Fed.R.Crim.P., it is ORDERED that the defendant be, and he hereby is, held for a final revocation hearing before the District Judge to whom this case is assigned **on THURSDAY, MARCH**

***16, 2006 AT 10:00 A.M.*** at the John Joseph Moakley United States Courthouse, Boston, Massachusetts.

ALL PAPERS ARE RETURNED TO THE CLERK'S OFFICE. The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: March 14, 2006.