AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**THOMAS STAUNTON** | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 1: 04 CR 10181 - 001 - DPW<br><br>Albert Cullen, Jr., Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) _see below_ of the term of supervision.
[ ] was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| I | Standard condition #2: defendant shall report to probation officer as directed and submit written reports within the first 5 days of each month | 02/27/06 |
| II | Standard condition #7: defendant shall refrain from use of alcohol and controlled substance | 02/22/06 |
| III | Special condition #1: defendant shall refrain from illegals possession of drugs and shall submit to urinalysis/testing and submit to drug treatment as directed by USPO. | 02/21/06 |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through _4_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-2510

Defendant's Date of Birth: XX/XX/1970

Defendant's USM No.: unknown

Defendant's Residence Address:
Quincy, ma

Defendant's Mailing Address:
Same as above

03/16/06
Date of Imposition of Judgment

_[signature]_
The Honorable Douglas P. Woodlock
Signature of Judicial Officer

Judge, U.S. District Court
Name & Title of Judicial Officer

3/16/06
Date

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

CASE NUMBER:   1: 04 CR 10181  - 001 - DPW  
DEFENDANT:   THOMAS STAUNTON

Judgment - Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    4 month(s)

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
  ☐ at _____ on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____ on _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
Deputy U.S. Marshal

AO 245D (Rev. 3/01) Sheet 3 - Supervised Release

CASE NUMBER: 1: 04 CR 10181 - 001 - DPW  
DEFENDANT: THOMAS STAUNTON

Judgment - Page 3 of 4

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of    52 month(s)

[x] See continuation page

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ]  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[x]  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated above).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Continuation Page - Supervised Release/Probation

CASE NUMBER: 1: 04 CR 10181 - 001 - DPW
DEFENDANT: THOMAS STAUNTON

Judgment - Page 4 of 4

## Continuation of Conditions of ☒ Supervised Release ☐ Probation

1. THE DEFENDANT SHALL COMPLY WITH THE SPECIAL AND STANDARD CONDITIONS OF SUPERVISED RELEASE AS ORIGINALLY SET BY HON. MARY L. COOPER, U.S.D.J. ON JUNE 11, 2003 AND THOSE THAT ARE DESCRIBED AT U.S.S.G. §5B1.3(c).

2. THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME.

3. THE DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

4. THE DEFENDANT SHALL NOT USE ANY UNLAWFUL CONTROLLED SUBSTANCE.

5. UPON RELEASE FROM THE CUSTODY OF THE BUREAU OF PRISONS, THE DEFENDANT SHALL IMMEDIATELY REPORT TO COOLIDGE HOUSE TO SERVE THE FIRST THREE MONTHS OF SUPERVISED RELEASE AT THE COMMUNITY CORRECTIONS CENTER.

6. UPON COMPLETION OF THE PERIOD OF CONFINEMENT IN A COMMUNITY CONFINEMENT CENTER, THE DEFENDANT SHALL SERVE THE FOLLOWING SIX MONTHS AT A SOBER HOUSE, TO BE DESIGNATED BY THE PROBATION OFFICER. THE DEFENDANT SHALL COMPLY WITH ALL RULES AND REGULATIONS OF THE SOBER HOUSE.

7. THE DEFENDANT SHALL PARTICIPATE IN SUBSTANCE ABUSE TREATMENT PROGRAMS, INCLUDING DRUG AND ALCOHOL TESTING, AS DIRECTED BY THE U.S. PROBATION OFFICER. THE DEFENDANT SHALL SUBMIT TO DRUG TESTING AS DIRECTED BY THE U. S. PROBATION OFFICER, NOT TO EXCEED 104 DRUG TESTS PER YEAR. THE DEFENDANT SHALL ABIDE BY ANY RULES AND REGULATIONS OF ANY DRUG TREATMENT PROGRAM.

8. THE DEFENDANT SHALL PARTICIPATE IN A MENTAL HEALTH TREATMENT PROGRAM, AS DIRECTED BY THE U.S. PROBATION OFFICER. THE DEFENDANT SHALL ABIDE BY ANY RULES AND REGULATIONS OF ANY SUCH TREATMENT PROGRAM.

9. THE DEFENDANT IS PROHIBITED FROM ANY USE OF ALCOHOL DURING THE PERIOD OF SUPERVISED RELEASE.

10. THE DEFENDANT SHALL BE REQUIRED TO PAY PRIOR LANDLORD (DAVIS STREET SOBER HOUSE) ANY AMOUNT IN ARREARS AS DETERMINED BY PROBATION OFFICER