AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

FILED
IN CLERKS OFFICE
2006 MAR 17 P 2:42
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V.

**THOMAS STAUNTON**

## WARRANT FOR ARREST

Case Number: 04 CR 10181-DPW (001)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **THOMAS STAUNTON**
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation  **x  Probation Violation**

charging him or her    (brief description of offense)

Violating the conditions of Supervised Release as follows: **1) Standard Condition #2**: failure to report to probation as instructed **2) Standard Condition #7**: Unlawful use of cocaine **3) Special Condition #1**: Failure to participate in/attend substance abuse treatment program as directed.

in violation of ____18____ United States Code, Section(s) ____3606____

| Michelle Rynne | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Michelle Rynne* (signature) | 3/3/06 at USDC, Boston, MA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____    by _____
                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____
123 DAVIS ST QUINCY, MA

| DATE RECEIVED 3/3/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/13/06 | ANNETTE LAWLOR DUSM | *Annette Lawlor* |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ORDER OF REFERENCE**

Check if previously referred_____

UNITED STATES OF AMERICA

V.                                             CR No. __04-10181-DPW__

THOMAS STAUNTON                                Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __COLLINGS__ for the following proceedings:

(A)   Determination (Order) on:
      ( ) Rule 16(b) and/or Pretrial proceedings _____
      ( ) Nondispositive pretrial and discovery motions(s) not listed in Paragraph (B) below
          See Documents Numbered : _____
      ( ) Trial pursuant to 28 U.S.C. §636(c) or 18 U.S.C. §3401 and applicable rules

      Action taken by the Magistrate Judge on matters referred for determination shall constitute the Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact or contrary to law.
      28 U.S.C. §636(b)(1)(A)

(B)   Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:
      ( ) Motion(s) for injunctive relief
      ( ) Motion(s) for judgment on the pleadings
      ( ) Motion(s) for summary judgment
      ( ) Motion(s) to permit maintenance of a class action
      ( ) Motion(s) to suppress evidence
      ( ) Motion(s) to dismiss
          See Documents Numbered: _____

(C)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
      ( ) In accordance with Rule 53, F.R.Civ.P.
      ( ) In accordance with 42 U.S.C. §2000e-5(f)(5)

(D)   Special instructions __**INITIAL APPEARANCE IN CONNECTION WITH PETITION FOR REVOCATION OF SUPERVISED RELEASE; DETENTION AND/OR BAIL HEARING; PRELIMINARY EXAMINATION; AND APPOINTMENT OF COUNSEL, IF APPROPRIATE.**__

                          By : __/s/ Michelle Rynne__
March 3, 2006             Deputy Clerk

( ) Civil Rule 16(b) Proceedings                 ( ) Criminal Dispositive Motions
( ) Civil and MBD Discovery or Civil Pretrial    ( ) Criminal Pretrial or Discovery
( ) Service as Special Master or Trial           ( ) Post Conviction Proceedings[1]
( ) Civil Dispositive Motions                    ( ) Miscellaneous

(MJordref.frm - 09/92)                           [orefcs., orefm., korefcs., korefm.]

---

[1] See reverse side of order for instructions